UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SMOKEY FERNANDEZ,

               Petitioner,

   v.

JASON BENNETT,

               Respondent.

CASE NO. 3:23-cv-05582-JCC-BAT

**ORDER DIRECTING PETITIONER TO SUBMIT STATUS REPORT**

    The Court has stayed this proceeding and ordered Petitioner to file a status report every 90 days. The last status report was filed on June 20, 2024 but no status report was filed on September 20, 2024. The court thus ORDERS:  Petitioner shall file a status report by **October 7, 2024,** and every 90 days thereafter. Each status report must indicate if state proceedings are pending or if the stay should be lifted because state proceedings have concluded. Respondent may move at any time to lift the stay, if it appears the state proceeding have been completed and the federal habeas should proceed. The Clerk shall provide a copy of this Order to the parties.

    Dated this <u>30th</u> day of September, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PETITIONER TO
SUBMIT STATUS REPORT - 1