UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SMOKEY FERNANDEZ,

                Petitioner,

  v.

JASON BENNETT,

                Respondent.

CASE NO. 3:23-cv-05582-JCC-BAT

**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION TO FILE ANSWER**

Respondent has filed a motion to extend time to answer. Dkt. 24. No opposition has been filed. The Court has reviewed the parties' pleadings and the record in this case and **ORDERS**:

1. The Court **GRANTS** Respondent's motion for an extension to file an Answer, Dkt. 24. Respondent's answer shall be filed not later than **January 6, 2025.**

2. The Clerk shall note the matter for **January 17, 2025**, as ready for the Court's consideration, and provide a copy of this order to Petitioner.

Dated this 26th day of December, 2024.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION TO FILE
ANSWER - 1