UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMOKEY FERNANDEZ,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>JASON BENNETT,<br><br>　　　　　　Respondent. | CASE NO. 3:23-cv-05582-JCC-BAT<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION TO FILE ANSWER, DKT. 26.** |

Respondent has filed a motion to extend time to answer. Dkt. 26. No opposition has been filed. The Court has reviewed the parties' pleadings and the record in this case and **ORDERS**:

1. The Court **GRANTS** Respondent's motion for an extension to file an Answer, Dkt. 26. Respondent's answer shall be filed not later than **February 5, 2025.**

2. The Clerk shall provide Petitioner a copy of this order.

Dated this 21st day of January, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION TO FILE
ANSWER, DKT. 26. - 1