UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMOKEY FERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JASON BENNETT,<br><br>    Respondent. | CASE NO. 3:23-cv-05582-JCC-BAT<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION TO FILE ANSWER, DKT. 28.** |

Respondent has filed a third motion to extend time to answer. Dkt. 28. No opposition has been filed. The Court has reviewed the parties' pleadings and the record herein and **ORDERS**:

1. The Court **GRANTS** Respondent's motion for an extension to file an Answer, Dkt. 28. Respondent's answer shall be filed not later than **March 7, 2025.**

2. The Clerk shall provide Petitioner a copy of this order.

Dated this 20th day of February, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION TO FILE
ANSWER, DKT. 28. - 1