UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMOKEY FERNANDEZ,<br><br>                Petitioner,<br><br>   v.<br><br>JASON BENNETT,<br><br>                Respondent. | CASE NO. 3:23-cv-05582-JCC-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed *de novo* the Report and Recommendation, any objections, responses, and the record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The federal habeas petition (Dkt. 8) is DENIED and the case is DISMISSED with prejudice.

(3) Issuance of a certificate of appealability is DENIED.

(4) The Clerk shall provide the parties with a copy this Order.

Dated 1st day July 2025.

                                                                   JOHN C. COUGHENOUR
                                                                   United States District Judge